**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH R. O'LONE,**

    **Debtor-Appellant,**

**-vs-**                                             **Case No. 6:09-cv-1783-Orl-28DAB**
                                                    **Bankr. No. 3:00-bk-5003-JAF**

**SOCIAL SECURITY ADMINISTRATION,**

    **Creditor-Appellee.**

_____

# ORDER

    Debtor, Joseph R. O'Lone ("O'Lone"), appeals the bankruptcy court's August 20, 2009 Order (Doc. 1, Ex. 40) in which the bankruptcy court denied O'Lone's motion for sanctions against the Social Security Administration ("SSA"). (Id.). Specifically, the bankruptcy court found that the SSA had not willfully violated the court's orders or a settlement agreement entered into by O'Lone and the SSA. (Id. at 9). The issue before the Court is whether the bankruptcy court properly denied O'Lone's motion for sanctions based upon its findings that the SSA had not breached the settlement agreement and that all required benefit payments had been paid.

    This Court has jurisdiction pursuant to 28 U.S.C. § 158(a)(1) as an appeal of a final order of the U.S. Bankruptcy Court for the Middle District of Florida. On appeal, this Court reviews de novo the bankruptcy court's legal conclusions and accepts the factual determinations of the bankruptcy court unless clearly erroneous. See In re Club Assocs., 956 F.2d 1065, 1069 (11th Cir. 1992). After a review of the party's briefs, the record on

appeal, and applicable law, this Court finds no error in the bankruptcy court's legal or factual determinations. Accordingly, the bankruptcy court's Order (Doc. 1, Ex. 40) is **AFFIRMED**, and the clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party